# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

)
)
_____ )
  Plaintiff/Petitioner )
)  Case No. _____
)
_____ )
  Defendant/Respondent )
)
)

## NOTICE OF APPEAL
## TO THE US COURT OF APPEALS FOR THE _____CIRCUIT

Notice is hereby given that I _____ the

Name of party taking the appeal

_____hereby appeal to the United States Court of Appeals for

plaintiff, petitioner, defendant or respondent

the _____ Circuit from the final judgment _____ or an order _____

  name of the circuit                                    check this one                    or this one

entered in this action on the _____ day of _____, _____.

Signed _____

Attorney for _____

Address: _____

_____

_____

Phone: _____

Fax: _____

E-Mail: _____