## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| THOMAS KMAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 4:12-CV01111-BP |
| | ) |
| AMERICAN CENTURY COMPANIES, INC., | ) |
| a Missouri Corporation | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that Plaintiff Thomas Kmak hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on November 23, 2015 (Doc. 147), including the District Court's order granting Defendant's Motion for Summary Judgment entered on November 23, 2015 (Doc. 146), the District Court's order denying Plaintiff's Motion for Partial Summary Judgment entered on November 23, 2015 (Doc. 145), the District Court's order denying Plaintiff's Motion for Leave to Amend entered on November 5, 2015 (Doc. 144), and the District Court's Order denying Plaintiff's Second and Supplemental Motion for *In Camera* Review of Documents Withheld as Privileged entered on July 17, 2015 (Doc. 98).

Respectfully Submitted,

DOUTHIT FRETS ROUSE
     GENTILE & RHODES, LLC

By: */s/ Brett C. Randol*_____
Greg L. Musil MO #39277
Brett C. Randol MO #57699
Christopher L. Kurtz MO #61654
5250 W. 116th Place, Suite 400
Leawood, KS 66211
Phone: (913) 387-1600
Fax: (913) 928-6739
gmusil@dfrglaw.com
brandol@dfrglaw.com
ckurtz@dfrglaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notice of electronic filing to the following:

Charles W. German
Daniel B. Hodes
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut St., Ste. 2000
Kansas City, MO 64106
Phone: (816) 471-7700
Fax: (816) 471-2221

ATTORNEYS FOR DEFENDANT
AMERICAN CENTURY COMPANIES, INC.

*/s/ Brett C. Randol*
Brett C. Randol
