**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

THOMAS KMAK,                                    )
                                                )
                    Plaintiff,                  )
                                                )    CASE NO. 4:12-CV01111-BP
v.                                              )
                                                )
AMERICAN CENTURY COMPANIES, INC.,               )
a Missouri Corporation                          )
                                                )
                    Defendant.                  )

**STIPULATION REGARDING BILL OF COSTS**

Plaintiff Thomas Kmak and Defendant American Century Companies, Inc., submit the

following stipulation regarding Defendant's Proposed Bill of Costs (Doc. 148):

1.      On November 23, 2015, the court entered final judgment in favor of American

Century (Doc. 147).

2.      On December 7, 2015, American Century filed its Proposed Bill of Costs (Doc.

148).

3.      Pursuant to Local Rule 54.1(a), Kmak has until December 24, 2015 to file

objections to American Century's Proposed Bill of Costs.

4.      On December 17, 2015, Kmak notified American Century that he disputed certain

expenses sought to be taxed as costs.  As a result, the parties conferred in good faith and reached

an agreement as to the amount of taxable costs to be awarded American Century.

5.      Pursuant to the parties' agreement, Kmak and American Century stipulate that

ACC should be awarded costs in the total amount of $14,050.62.

6.      On December 18, 2015, Kmak filed his Notice of Appeal to the Eighth Circuit.

7.     Pursuant to Local Rule 54.1(a), "the taxing of such costs shall be suspended until the issuance of the mandate by the Court of Appeals."

8.     Neither Kmak nor ACC waive their right to seek an award of costs on appeal, if appropriate, pursuant to Fed. R. App. P. 39(e).

WHEREFORE, Plaintiff Thomas Kmak and Defendant American Century Companies, Inc. stipulate that American Century Companies, Inc. should be awarded costs in the amount of $14,050.62, the taxation of which shall be suspended until the issuance of the mandate by the Court of Appeals pursuant to Local Rule 54.1(a).

Respectfully Submitted,

DOUTHIT FRETS ROUSE
      GENTILE & RHODES, LLC

By:   /s/ Greg L. Musil
          Greg L. Musil              MO #39277
          Brett C. Randol            MO #57699
          Christopher L. Kurtz       MO #61654
          5250 W. 116th Place, Suite 400
          Leawood, KS 66211
          Phone: (913) 387-1600
          Fax: (913) 928-6739
          gmusil@dfrglaw.com
          brandol@dfrglaw.com
          ckurtz@dfrglaw.com

ATTORNEYS FOR PLAINTIFF

ROUSE HENDRICKS GERMAN MAY PC

By: /s/ Daniel B. Hodes
Charles W. German     MO #26534
Daniel B. Hodes        MO #60616
Catherine D. Singer    MO #66231
1201 Walnut, Suite 2000
Kansas City, MO  64106

2

(816) 471-7700 (Telephone)
(816) 471-2221 (Telecopy)

ATTORNEYS FOR DEFENDANT