No: 15-3920
_____

Thomas Kmak

Plaintiff - Appellant

v.

American Century Companies, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-01111-BP)
_____

**JUDGMENT**

Before LOKEN, MURPHY, Circuit Judges and MELLOY, District Judge.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

October 19, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans