# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| THOMAS KMAK, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12-cv-01111-BP |
| | ) Hon. Beth Phillips |
| AMERICAN CENTURY COMPANIES, INC., | ) |
| Defendant. | ) |

## MOTION AND SUGGESTIONS FOR TAXATION OF COSTS

Defendant American Century Companies, Inc. moves the Court to tax costs against plaintiff Thomas Kmak in the amount of $14,461.94.

1. On October 19, 2017, the United States Court of Appeals for the Eighth Circuit issued its opinion in the appeal in this case, affirming in all respects the orders of this Court granting summary judgment in favor of American Century, and denying Kmak leave to amend. The judgment of the appellate court was issued on October 19, 2017, and is attached as Exhibit 1.

2. The parties have stipulated to the taxable costs in the case. Attached to this motion as Exhibit 2 is the stipulation previously filed with this Court, in which the parties agreed that taxable costs from the district court proceedings are $14,050.62. Attached to this motion as Exhibit 3 is the email exchange among counsel, in which the parties agreed that taxable costs from the appellate court proceedings are $411.32.

WHEREFORE, American Century Companies, Inc. respectfully requests the Court to tax costs in its favor in the amount of $14,461.94.

Dated: October 26, 2017	Respectfully submitted,

                GERMAN MAY PC

                /s Charles W. German
                Charles W. German    MO #26534
                Catherine D. Singer    MO #66231
                1201 Walnut St., 20th Floor
                Kansas City, MO  64106
                Tele:   (816) 471-7700
                Fax:    (816) 471-2221

                Attorneys for Defendant American Century Companies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/ Charles W. German
                Attorney for Defendant